**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ROBERTO VALENZUELA, et al., )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　Plaintiffs, )<br>　　　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>ADT SECURITY SERVICES, INC., )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　Defendant. )<br>　　　　　　　　　　　　　　　　)<br>_____) | Case No. CV09-2075 DMG (FFMx)<br><br>**JUDGMENT –JS6** |

　　　In light of the Court's June 4, 2010 Order granting Plaintiff's request for the entry of judgment on Plaintiff's breach of contract claim, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiff is awarded damages in the amount of $1,000. The Court shall retain jurisdiction to consider any motions to award attorneys' fees.

DATED:　　June 10, 2010

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

CC: FISCAL